

FILED

07/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

FILED

JUL 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENT
TO THE DISTRICT COURT COUNCIL

O R D E R

The term of Christine Kowalski, the Juvenile Probation Officer member of the District Court Council, expired on June 30, 2022.

Pursuant to § 3-1-1602, MCA, the Montana Juvenile Probation Officers Association has nominated Christine Kowalski for reappointment as the Juvenile Probation Officer member to the District Court Council.

It is ORDERED that Christine Kowalski is hereby reappointed as a member of the District Court Council to a three-year term expiring on June 30, 2025.

The Clerk is directed to provide a copy of this Order to the Secretary of State, to Christine Kowalski, to each member of the District Court Council, to the State Bar of Montana, to Beth McLaughlin, Court Administrator, and to Shauna Ryan, Judicial Educator at the Office of the Supreme Court Administrator.

DATED this 19ᵗʰ day of July, 2022.

_____
Chief Justice

_____

_____

_____
Justices